**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



**ORDER**

Appellate case name:     Charles Lynch v. The State of Texas

Appellate case number:    01-17-00668-CR

Trial court case number:   15-CR-3172

Trial court:               405th District Court of Galveston County

On October 23, 2018, the court issued an order, striking appellant's Anders brief, granting appointed counsel's motion to withdraw, and abating the appeal for appointment of new counsel. A supplemental clerk's record was filed on October 29, 2018, containing an appointment of counsel John Reed.

Accordingly, we lift the abatement and reinstate the appeal. Appellant's brief is due **30 days from the date of this order**.

It is so ORDERED.

Judge's signature:    /s/ Jennifer Caughey
                  ☒ Acting individually    ☐ Acting for the Court

Date:   November 1, 2018